*FOR PUBLICATION*                                                                             *ORDER*

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. CROIX
               APPELLATE DIVISION
```

METRO MOTORS, SC, INC.,          ) D.C. Civ. App. No. 2004/145
                                 ) Super. Ct. Civ. No. 137/2004
        Appellant,              )
                                 )
    v.                             )
                                 )
ANGELA MILLER,                   )
                                 )
        Appellee.               )
_____)

Appeal from the Superior Court of the Virgin Islands
Superior Court Judge: Hon. Darryl D. Donohue

Considered: March 30, 2010
Filed: October 12, 2011

BEFORE: **CURTIS V. GÓMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **JAMES S. CARROLL III**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

**APPEARANCES:**

**Rosh D. Alger, Esq.,**
St. Thomas, U.S.V.I.
       Attorney for Appellant,

**Rhonda Hospedales, Esq.,**
St. Croix, U.S.V.I.
       Attorney for Appellee.

**Per Curiam**

*Metro Motors, SC, Inc. v. Angela Miller*
D.C. Civ. App. No. 2004/0145
**ORDER**
Page 2

## ORDER

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's dismissal order is **REVERSED**. It is further

**ORDERED** that this matter be **REMANDED** for further proceedings.

**SO ORDERED** this 12th day of October 2011.


ATTEST:
**WILFREDO F. MORALES**
Clerk of the Court
By: /s/
Deputy Clerk

Copies (with corresponding Memorandum Opinion) to:

Hon. Curtis V. Gómez
Hon. Raymond L. Finch
Hon. James S. Carroll, III
Hon. Darryl D. Donohue, Presiding Judge, Superior Court
Rosh D. Alger, Esq.
Rhonda Hospedales, Esq.
Venetia Velazquez, Esq. Clerk of the Superior Court
Queen Terry, Esq.